455 A.2d 1238

D'Amico, et al. v. Harbor Greene, et al., Appellants.

Reargument Denied March 4, 1983.

Petition for Allowance of Appeal
Denied June 7, 1983.

Argued June 17, 1982. James A. Pitonyak, for appellants; James R. Jenks, for appellees.

Before BROSKY, JOHNSON and MONTGOMERY, JJ.

The decree absolute issued by the lower court by hereby affirmed.